## SUCCESSION OF LINDERMAN.

The prescription of debts is neither interrupted, nor suspended by the death of the debtor. C. C. 3487, 3492. To preserve his rights, the creditor must cause the succession to be represented in time to present his claim.

Where a debt is extinguished by prescription, a mortgage given to secure its payment, being a mere accessory, is extinguished with it.

APPEAL from the Third District Court of New Orleans, *Kennedy,* J. *Sever,* for the appellant. *Hiestand,* contrâ. The judgment of the court was pronounced by

ROST, J. This is an opposition to a tableau of distribution filed by the executrix of *Linderman,* who died insolvent, on the 20th December, 1844. The opposition was filed on the 24th January, 1848, and is based upon a promissory note of the deceased, secured by mortgage, bearing date the 26th June, 1841, and held by the opponent. The plea of prescription filed by the executrix, under art. 3505 of the Civil Code, was sustained in the court below, and the opponent appealed.

There is no error in the judgment. The prescription of debts is neither interrupted nor suspended by the death of the debtor. C. C. arts. 3487, 3492. *Succession of Dubreuil,* 12 Rob. 507. The mortgage is a mere accessory to the debt, and is extinguished with it. The opponent should have caused the succession to be represented in time to file his claim.

*Judgment affirmed.*